IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONALD LEHN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 99-919-CJP |
| | ) |
| **KEN BARTLEY and ROGER E. WALKER** | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **JAMES RYAN** was dismissed on April 21, 2000 by an Order entered by United States Chief District Judge G. Patrick Murphy (Doc. 5).

The remaining issues came before this Court for bench trial. The issues have been tried and the court has rendered its ruling.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **KEN BARTLEY, ROGER WALKER** and **JAMES RYAN** and against plaintiff **DONALD A. LEHN,** in accordance with Order entered by Magistrate Judge Clifford J. Proud on March 8, 2007 (Doc. 86).

**DATED** this 8th day of March, 2007

**NORBERT G. JAWORSKI, CLERK**

BY: **S/ Angela Vehlewald**
       Deputy Clerk

**Approved by       S/ Clifford J. Proud**
       **United States Magistrate Judge**
              **Clifford J. Proud**